UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Petitioner,

v.

CURTIS C. ULLSTROM, Owner of
AXIOM ASSEMBLY & PACKAGING
CORPORATION,

    Respondent.
_____/

Case No. 18-mc-51477
Hon. Matthew F. Leitman

# ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

On October 18, 2018, the United States of America filed a Petition to Enforce Internal Revenue Service (IRS) Summons against the respondent, Curtis C. Ullstrom, in his capacity as the owner of Axiom Assembly & Packaging Corporation. (R. 1). Also on October 18, 2018, the Court issued an Order to Show Cause why Ullstrom should not be compelled to obey the IRS summons served upon him on May 23, 2018. (R. 2). A hearing date on the Order to Show Cause was set for December 17, 2018. This date was adjourned to January 24, 2019 (R. 4), and then adjourned to March 28, 2019 (R. 10).

On March 28, 2019, this matter came before the Court for a show cause hearing. Ullstrom failed to appear and has failed to show cause as to why he has not complied with the IRS summons and as to why the Court should not grant the

1

Government's petition. Based on Ullstrom's failure to appear and failure to show cause as to why the petition should not issue;

**IT IS HEREBY ORDERED** that the Petition to Enforce Internal Revenue Service Summons is **GRANTED**;

**IT IS FURTHER ORDERED** that the respondent, Curtis C. Ullstrom, appear before Revenue Officer Melvyn Hurston or his designated representative at **9:00 a.m.** on **April 18, 2019**, at 3971 Research Park Drive, Suite B, Ann Arbor, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers, and other data demanded by the summons served upon Curtis C. Ullstrom on May 23, 2018, the examination to continue from day to day until completed. Failure to appear may result in the issuance of a bench warrant for the arrest of Curtis C. Ullstrom.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 28, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 28, 2019, by electronic means and/or ordinary mail.

                                                            s/Holly A. Monda
                                                            Case Manager
                                                            (810) 341-9764