UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

Case No. 18-mc-51477
Hon. Matthew F. Leitman

v.

CURTIS C. ULLSTROM, Owner of
AXIOM ASSEMBLY & PACKAGING
CORPORATION,

    Respondent.

_____/

## ORDER OF DISMISSAL

Petitioner having advised the Court that it wishes to dismiss without prejudice the case filed against the respondent, Curtis C. Ullstrom, Owner of Axiom Assembly & Packaging Corporation;

**IT IS HEREBY ORDERED** that the case filed against Curtis C. Ullstrom, Owner of Axiom Assembly & Packaging Corporation, by the petitioner is hereby dismissed without prejudice and without costs to either party.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:   September 23, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764